**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                            CASE NO.  3:07-cr-218-J-32HTS

DIJON RENARD JASMIN

## O R D E R

This cause is before the Court on the Government's Motion to Correct Scrivener's Error (Doc. #5; Motion), filed on August 16, 2007.  The Indictment (Doc. #1; Indictment) itself consistently names the Defendant as Dijon Renard Jasmin, as does all other documentation submitted with the Indictment at the time of its return, save for Form OBD-34.  That form contains the signature of the grand jury foreperson, the statutory violation being charged (which matches that contained in the Indictment), and indicates the charging instrument is a true bill filed in open court on August 15, 2007.  However, the form contains the name Charles Jerome Thomas as Defendant.

Upon consideration, the misnomer is deemed to be a result of a scrivener's error.  Therefore, the Motion (Doc. #5) is **GRANTED** to the extent the Clerk of the Court is directed to correct, by interlineation, Form OBD-34, attached to the Indictment herein, by striking the name "CHARLES JEROME THOMAS" and replacing it with "DIJON RENARD JASMIN."

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of August, 2007.

/s/   Howard T. Snyder
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Talbot)